EXHIBIT "A"

**RETURN**
**2022CVA000938D3**

**CITATION**

THE STATE OF TEXAS
COUNTY OF WEBB

**COURT DATE 09/21/2022@9:00AM**

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: WESTERN EXPRESS INC BY SERVING ITS REGISTERED AGENT:JEFFREY P. FULTZ AT:
1221 McKinney Ste4300
Houston TX 77010
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2022CVA000938D3, styled:
JAIME DE LA CRUZ ; HERIBERTO DE LEON , PLAINTIFF
VS.
WESTERN EXPRESS INC ; BRUTUS HUDSON, DEFENDANT
Said Plaintiff's Petition was filed on 07/13/2022 in said court by:
MICHAEL R. COWEN, ATTORNEY FOR PLAINTIFF
6243 IH-10 WEST SUITE 801
SAN ANTONIO TX 78201

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 19th day of July, 2022.

C L E R K   O F   T H E   C O U R T

A True copy of the original, I certify,
the 21st day of July, 20 22
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas.
By_____Deputy

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042
BY_____DEPUTY
Esmeralda Alvarado

2022CVA000938D3

OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at
_____. O'CLOCK _____.M.. Executed        at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2022, by delivering to the within named
WESTERN EXPRESS INC , each, in person, a true copy of this
citation together with the accompanying copy of the petition,
having first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                              DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB     }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
                              NOTARY PUBLIC
                    MY COMMISSION EXPIRES
                    _____

SERVE
2022CVA000938D3

## CITATION

THE STATE OF TEXAS
COUNTY OF WEBB                    COURT DATE 09/21/2022@9:00AM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: WESTERN EXPRESS INC BY SERVING ITS REGISTERED AGENT:JEFFREY P. FULTZ AT:
1221 McKinney Ste4300
Houston TX 77010
DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2022CVA000938D3, styled:

JAIME DE LA CRUZ ; HERIBERTO DE LEON , PLAINTIFF
VS.
WESTERN EXPRESS INC ; BRUTUS HUDSON, DEFENDANT

Said Plaintiff's Petition was filed on 07/13/2022 in said court by:
MICHAEL R. COWEN, ATTORNEY FOR PLAINTIFF
6243 IH-10 WEST SUITE 801
SAN ANTONIO TX 78201

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 19th day of July, 2022.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042
BY                                          DEPUTY
Esmeralda Alvarado

2022CVA000938D3

## -OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at _____ O'CLOCK _____ .M.      Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____ .M. on the _____ day of _____, 2022, by delivering to the within named **WESTERN EXPRESS INC** , each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____ .

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                    DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB       }

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to
_____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
                        NOTARY PUBLIC
                        MY COMMISSION EXPIRES

_____

**RETURN**
**2022CVA000938D3**

## CITATION

THE STATE OF TEXAS
COUNTY OF WEBB                    <u>COURT DATE 09/21/2022@9:00AM</u>

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER
WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES
TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY
MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER
WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: BRUTUS HUDSON
150 N. LEXINGTON AVE
BUNKIE,LA 71322

SERVICE THROUGH CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION: J. BRUCE BUGG,JR AT:

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2022CVA000938D3, styled:
      JAIME  DE LA CRUZ ; HERIBERTO  DE LEON , PLAINTIFF
                              VS.
          WESTERN EXPRESS INC ; BRUTUS  HUDSON, DEFENDANT
Said Plaintiff's Petition was filed on 07/13/2022 in said court
by:
          MICHAEL R. COWEN, ATTORNEY FOR PLAINTIFF
                  6243 IH-10 WEST SUITE 801
                  SAN ANTONIO TX 78201
WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 19th day of July, 2022.

        C L E R K    O F    C O U R T

                      ESTHER DEGOLLADO
                      WEBB COUNTY DISTRICT CLERK
                      P.O. BOX 667
                      LAREDO, TX 78042

A True copy of the original, I certify,
the 15st day of Aug , 20 22
        ESTHER DEGOLLADO
   Clerk of the District Courts and   BY:
County Court at Law, Webb County, Texas    Esmeralda Alvarado
By:

2022CVA000938D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at
_____ O'CLOCK _____.M.   Executed   at
_____, within the COUNTY of _____
at _____ O'CLOCK ____.M.. on the _____ day of
_____, 2022, by delivering. to the within named
BRUTUS   HUDSON, each, in person, a true copy of this citation
together with the accompanying copy of the petition, having
first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB      }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

SERVE
2022CVA000938D3

CITATION

THE STATE OF TEXAS
COUNTY OF WEBB                          COURT DATE 09/21/2022@9:00AM

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER
WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES
TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY
MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER
WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:  BRUTUS  HUDSON
150 N. LEXINGTON AVE
BUNKIE,LA 71322

SERVICE THROUGH CHAIRMAN OF THE TEXAS TRANSPORTATION
COMMISSION: J. BRUCE BUGG,JR AT:

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2022CVA000938D3, styled:
          JAIME DE LA CRUZ ; HERIBERTO DE LEON , PLAINTIFF
                              VS.
          WESTERN EXPRESS INC ; BRUTUS HUDSON, DEFENDANT
Said Plaintiff's Petition was filed on 07/13/2022 in said court
by:
          MICHAEL R. COWEN, ATTORNEY FOR PLAINTIFF
                6243 IH-10 WEST SUITE 801
                SAN ANTONIO TX 78201
WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 19th day of July, 2022.

          C  L  E  R  K  O F  C O U R T

                         ESTHER DEGOLLADO
                         WEBB COUNTY DISTRICT CLERK
                         P.O. BOX 667
                         LAREDO, TX 78042

          BY:
                Esmeralda Alvarado

2022CVA000938D3

OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at _____ O'CLOCK _____ .M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____ .M. on the _____ day of _____, 2022, by delivering to the within named BRUTUS HUDSON, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB     }

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

**SERVE**
2022CVA000938D3

## CITATION

THE STATE OF TEXAS

COUNTY OF WEBB                    <u>COURT DATE 09/21/2022@9:00AM</u>

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO: BRUTUS HUDSON
150 N. LEXINGTON AVE
BUNKIE,LA 71322

SERVICE THROUGH CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION: J. BRUCE BUGG,JR AT:

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2022CVA000938D3, styled:

JAIME  DE LA CRUZ ; HERIBERTO  DE LEON , PLAINTIFF
VS..

WESTERN EXPRESS INC ; BRUTUS  HUDSON, DEFENDANT
Said Plaintiff's Petition was filed on 07/13/2022 in said court by:

MICHAEL R. COWEN, ATTORNEY FOR PLAINTIFF
6243 IH-10 WEST SUITE 801
SAN ANTONIO TX  78201

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 19th day of July, 2022.


C  L  E  R  K    O  F    C  O  U  R  T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY:
Esmeralda Alvarado                DEPUTY

2022CVA000938D3

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2022 at
_____ O'CLOCK _____.M. _____. Executed      at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2022, by delivering to the within named
BRUTUS   HUDSON,  each, in person, a true copy of this citation
together with the accompanying copy of the petition, having
first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

                              _____
                              SHERIFF, CONSTABLE

                              _____ COUNTY, TEXAS

                    BY _____
                                                DEPUTY

THE STATE OF TEXAS }
COUNTY OF WEBB     }

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____
SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                              _____
                                        NOTARY PUBLIC
                              MY COMMISSION EXPIRES
                              _____



## HONORABLE BECKIE PALOMO

### State District Court Judge

341st JUDICIAL DISTRICT OF TEXAS

WEBB COUNTY JUSTICE CENTER

## CIVIL CASE – CALENDAR CALL SETTINGS

RE: CAUSE NO:   2022CVA000938D3

STYLE:   JAIME DE LA CRUZ ; HERIBERTO  DE LEON
VS
WESTERN EXPRESS INC ; BRUTUS  HUDSON

NOTICE that this case is SET FOR CALENDAR CALL on 09/21/2022 at 9:00 AM at the
341st District Courtroom, 3rd Floor, Webb County Justice Center.

Calendar Call hearings will be in open Court and on the record before JUDGE BECKIE PALOMO.
Your presence is MANDATORY unless Counsel for Plaintiff(s) file a Joint Pre-Trial Guideline Order
(PTGO) with all counsels signatures on the PTGO.

You may download the PTGO at our website:
http://www.webbcountytx.gov/DC341st/Links/civ_Jury%20PTGO.pdf

Counsel for Plaintiff(s): if you do not appear for calendar call, your case may be dismissed for lack of prosecution.

Counsel for Defendant(s): if you do not appear for calendar call, a pre-trial guideline order may be
entered with or without your approval and/or signature.

Call the court for jury selection dates and pre-trial hearing dates. Keep in mind jury selection must be set
within the timeframes recommended by the Texas Supreme Court.

If there are any questions regarding this matter please feel free to call the court at the number below.

A True copy of the original, I certify,
the 21st day of July, 2022,
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By

Sonia Vela
Civil Court Coordinator
Tel: (956) 523-4483
Fax: (956) 523-5055

## NOTICE OF HOW TO APPEAR FOR HEARING
## AVISO DE COMO COMPARECER A SU AUDIENCIA

The 341ST District Court will be holding hearings via videoconference or by phone.

In order to appear via videoconference on Zoom, you will need to have an electronic device with an internet connection. You may use a smart phone, iPad/tablet, or webcam/built-in camera with sound and video. You will also need to install the ZOOM App before the conference begins at www.zoom.us

*El Tribunal de Distrito 341 (Cuadragesimo Noveno) llevara a cabo audiencias judiciales por videoconferencia o por telefono.*

*Para comparecer por videoconferencia en Zoom debera tener un dispositivo electronico con conexion a internet. Puede usar un telefono inteligente, iPad o tableta, camara web, o un dispositivo con camara web integrada con microfonoy altavoz. Adicionalmente, debera instalar la aplicacion (programa) ZOOM antes de que la audiencia empiece en www.zoom. us*

https ://zoom. Us/join

Meeting ID / *ID de reunion:* 956-523-4325  Code/clave: 341

---

To join the hearing via ZOOM / *Para comparecer a su audiencia por ZOOM:*

Please go to / *Favor de ir a este enlace:* https//txcourts.zoom.us/i/

Then type in the above referenced Meeting ID / *Introduzca el ID de la reunion antes citado*

---

To join the hearing by phone only / *Para comparecer a su audiencia solo por telefono:*

Dial any of these numbers. If dialing in Texas, you should use the Houston phone number: 1-346-248-7799. / *Marque cualquier de estos numeros telefonicos. Si esta hablando desde Texas, debera mar car al numero telefonico : 1-346-248-7799.*

Then type in the above referenced Meeting ID / *Despues, introduzca el ID de la reunion antes citado.*

+1 346 248 7799 US
+1 669 900 6833 US

MEMORY TRANSMISSION REPORT

```
                                        TIME        :  07-18-2022 11:36
                                        FAX NO.1    :
                                        NAME        :
```

```
FILE NO.         :  691
DATE             :  07.18 11:35
TO               :  ☎ 912108809461
DOCUMENT PAGES   :  2
START TIME       :  07.18 11:35
END TIME         :  07.18 11:36
PAGES SENT       :  2
STATUS           :  OK
```

***SUCCESSFUL TX NOTICE***



## HONORABLE BECKIE PALOMO
### State District Court Judge
341st JUDICIAL DISTRICT OF TEXAS
WEBB COUNTY JUSTICE CENTER

### CIVIL CASE — CALENDAR CALL SETTINGS

RE: CAUSE NO:   2022CVA000938D3

STYLE:   JAIME DE LA CRUZ ; HERIBERTO DE LEON
VS
WESTERN EXPRESS INC ; BRUTUS HUDSON

NOTICE that this case is SET FOR CALENDAR CALL on 09/21/2022 at 9:00 AM at the 341st District Courtroom, 3rd Floor, Webb County Justice Center.

Calendar Call hearings will be in open Court and on the record before JUDGE BECKIE PALOMO. Your presence is MANDATORY unless Counsel for Plaintiff(s) file a Joint Pre-Trial Guideline Order (PTGO) with all counsels signatures on the PTGO.

You may download the PTGO at our website:
http://www.webbcountytx.gov/DC341st/Links/civ_Jury%20PTGO.pdf

Counsel for Plaintiff(s): if you do not appear for calendar call, your case may be dismissed for lack of prosecution.

Counsel for Defendant(s): if you do not appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

Call the court for jury selection dates and pre-trial hearing dates. Keep in mind jury selection must be set within the timeframes recommended by the Texas Supreme Court.

If there are any questions regarding this matter please feel free to call the court at the number below.

Sonia Vela
Civil Court Coordinator
Tel: (956) 523-4603
Fax: (956) 523-5053

Filed
7/13/2022 5:42 PM
Esther Degollado
District Clerk
Webb District
Esmeralda Alvarado
2022CVA000938D3

2022CVA000938D3

CAUSE NO. _____

| | |
|---|---|
| **JAIME DE LA CRUZ and HERIBERTO DE LEON** | **IN THE DISTRICT COURT** |
| **v.** | **WEBB COUNTY, TEXAS** |
| **WESTERN EXPRESS, INC. and BRUTUS HUDSON** | **_____ JUDICIAL DISTRICT** |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs, Jaime De La Cruz and Heriberto De Leon, file Plaintiffs' Original Petition against Western Express, Inc. and Brutus Hudson and for cause of action, will show as follows:

## DISCOVERY CONTROL PLAN

1. Plaintiffs intend to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4.

## PARTIES

2. Plaintiff, Jaime De La Cruz, is an individual domiciled in Texas.

3. Plaintiff, Heriberto De Leon, is an individual domiciled in Texas.

4. Defendant, Western Express, Inc. is a foreign corporation operating commercial motor vehicles under USDOT No. 511412 and may be served through its registered agent for service of process, Jeffrey P. Fultz, 1221 McKinney, Suite 4300, Houston, Texas 77010. **Service of citation is requested at this time.**

5. Defendant, Brutus Hudson, is a non-resident motorist. As a non-resident motorist, pursuant to Tex. Civ. Prac. & Rem. Code sec. 17.061 et seq., Defendant Brutus Hudson may be served with process through the Chairman of the Texas Transportation Commission: J. Bruce Bugg, Jr., 125

E. 11th Street, Austin, Texas 78701. Chairman Bugg may then forward the notice and copy of process by registered mail to: Brutus Hudson, 150 N. Lexington Ave., Bunkie, LA 71322. **Service of citation is requested at this time.**

**VENUE**

6.   Venue is proper in Webb County pursuant to Tex. Civ. Prac. & Rem. Code §15.002 as it is the county in which all or a substantial part of the claims giving rise to this suit occurred.

7.   Defendant Western Express, Inc. engaged in business in Texas, and operated a commercial motor vehicle in Texas that was involved in the collision forming the basis of this suit.

8.   Defendant Western Express, Inc. purposefully availed itself of the privileges and benefits of conducting business in Texas.

**FACTS**

9.   On May 2, 2022, at around 11:32AM, Defendant Brutus Hudson was driving a tractor-trailer for Western Express, Inc. in Webb County, Texas.

10.   Plaintiff Jaime De La Cruz was operating a tractor-trailer, stopped facing east on the 100 block of Pinnacle Road, in Webb County, Texas. Plaintiff Heriberto De Leon was located in the sleeper birth of the vehicle.

11.   Defendant Brutus Hudson was operating a tractor-trailer, traveling west on the 100 block of Pinnacle Road in Webb County, Texas.

12.   Defendant Brutus Hudson attempted to turn left onto FM 1472 when it was unsafe to do so. He made an improper and dangerously wide turn to avoid colliding with another vehicle and, in so doing, impacted the front of Plaintiffs' vehicle.

**13.** Defendant Western Express, Inc. is a motor carrier licensed by and registered with the Federal Motor Carrier Safety Administration. As a motor carrier, the FMCSA and the Department of Transportation regulate Defendant's retention and supervision of its employed drivers.

**14.** Defendant Western Express, Inc. is required to retain competent drivers and ensure that they are able to safely and legally operate on Texas roadways. Specifically, in exchange for operating authority, Defendant Western Express, Inc. certified that:

   **14.1.**   it had in place a system for ensuring the overall compliance with the Federal Motor Carrier Safety Regulations ("FMCSR");

   **14.2.**   it had a place a driver safety training/orientation program;

   **14.3.**   it had in a system for overseeing driver qualification requirements;

   **14.4.**   it had in place policies and procedures consistent with FMCSA regulations governing driving and operational safety of motor vehicles, including drivers' hours- of-service and vehicle inspection, repair, and maintenance; and

   **14.5.**   it had in place a system for complying with the FMCSR governing alcohol and controlled substances testing requirements.

**15.** Defendant Western Express, Inc. knew that if it broke these promises and failed to implement the safety management systems necessary to ensure compliance with the regulations there would probably be preventable crashes resulting in injury and death.

**16.** Defendant Western Express, Inc. knows that untrained, unsupervised and unqualified drivers are a hazard to Texas motorists.

**17.** Defendant Western Express, Inc. knows that it must train, supervise, and qualify drivers that it puts on Texas roadways to avoid catastrophic injuries to its employees and other motorists.

Western Express, Inc. drivers were involved in 698 DOT reportable crashes in the last two years; 198 individuals were reported to be injured or killed as a result of those crashes.

**18.** Defendant hired, qualified, and retained Defendant Brutus Hudson as a truck driver.

**19.** At all times relevant to this lawsuit, Defendant Brutus Hudson was acting in the course and scope of his actual and/or statutory employment with Defendant Western Express, Inc.

**20.** Upon information and belief, Defendant Western Express, Inc. violated the promises it made to the FMCSA by failing to properly qualify, train, retain, and supervise Defendant Brutus Hudson.

**21.** As a result of the crash, Plaintiffs sustained personal injuries.

## CAUSE OF ACTION

**22.** Defendant Brutus Hudson was negligent in the operation of the tractor-trailer.

**23.** Specifically, Defendant Brutus Hudson:

**23.1.** failed to yield the right-of-way;

**23.2.** turned when it was unsafe to do so;

**23.3.** failed to take appropriate evasive action;

**23.4.** failed to keep a proper lookout;

**23.5.** such other and further acts and/or omissions as may be shown by the evidence at the time of trial.

**24.** This conduct, and that described above, constitutes both negligence and/or gross negligence.

**25.** As a direct and proximate result of Defendant Hudson's negligence and/or gross negligence, Plaintiffs sustained personal injuries.

**26.** Defendant Western Express, Inc. is vicariously liable for the negligence of Defendant Hudson under the statutory employment doctrine as well as the doctrine of *respondeat superior*.

**27.** Defendant Western Express, Inc. was negligent in its entrustment of a commercial motor vehicle to Defendant Hudson, and in the qualification, hiring, training, supervision, and retention of Defendant Hudson.

**28.** Defendant Western Express, Inc. was grossly negligent in the qualification, hiring, training, and supervision of Defendant Hudson. Western Express, Inc. had actual knowledge of the substantial risk of serious injury if it did not properly qualify, train, or supervise its drivers. Nevertheless, Defendant disregarded that risk and did not provide adequate training or supervision to Defendant Hudson.

**29.** As a result of this negligence and gross negligence, Plaintiffs sustained personal injuries.

## DAMAGES

**30.** Plaintiffs seek to recover the following elements of damages, which were proximately caused by Defendants' negligence.

    **30.1.** Medical care, past and future;

    **30.2.** Lost wages and earning capacity, past and future;

    **30.3.** Physical impairment, past and future;

    **30.4.** Physical pain, emotional distress, and mental anguish, past and future; and

    **30.5.** Disfigurement, past and future.

**31.** Plaintiffs also seek to recover prejudgment interest, post-judgment interest, and court costs.

**32.** Plaintiffs further seek exemplary damages

**33.** Plaintiffs' damages exceed the Court's jurisdictional minimum and exceed $75,001.00.

**34.** Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiffs state that due to the severe injuries and damages sustained, Plaintiffs seeks monetary relief of over $1,000,000.

## JURY DEMAND

**35.** Plaintiffs demand a jury trial.

**36.** Plaintiffs have tendered the appropriate fee for a jury trial.

## PRAYER

**37.** For these reasons, Plaintiffs pray that citation be issued, and Defendants be served, and upon trial on the merits the Court enter judgment for Plaintiffs and against Defendants, jointly and severally, for actual damages, together with pre-judgment interest, post-judgment interest, court costs, and all other relief to which Plaintiffs are justly entitled.

****************** *Signature on Following Page* ******************

Respectfully submitted,

By:    *SaraNeil Stribling*
       SaraNeil Stribling
       Texas Bar No. 24095496
       OWEN | RODRIGUEZ | PEACOCK, P.C.
       6243 W IH-10, STE 801
       San Antonio, TX 78201
       T (210) 941-1301
       F (210) 880-9461
       Email: saraneil@cowenlaw.com
       Email for Service: efilings@cowenlaw.com

       **COUNSEL FOR PLAINTIFF**

A True copy of the original, I certify,
the 21st day of July, 20 22.
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By: _____ Deputy



## CIVIL CASE INFORMATION SHEET

2022CVA000938D3

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____    COURT *(FOR CLERK USE ONLY):* _____

STYLED   Jaime De La Cruz and Heriberto De Leon v. Western Express, Inc. and Brutus Hudson
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: SaraNeil Stribling  Email: efilings@cowenlaw.com | Plaintiff(s)/Petitioner(s): Jaime De La Cruz  Heriberto De Leon | ☒Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: _____ |
| Address: 6243 IH 10 West, Ste. 801  Telephone: (210) 941-1301 |  | Additional Parties in Child Support Case: |
| City/State/Zip: San Antonio, TX 78566  Fax: (210) 880-9461 | Defendant(s)/Respondent(s): Western Express, Inc.  Heriberto De Leon | Custodial Parent:  Non-Custodial Parent: |
| Signature: SaraNeil Stribling  State Bar No: 24095496 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice*  ☐Accounting  ☐Legal  ☐Medical  ☐Other Professional   Liability: | ☐Eminent Domain/   Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: | ☐Annulment ☐Declare Marriage Void *Divorce*  ☐With Children  ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☐Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: | ☒Motor Vehicle Accident ☐Premises *Product Liability*  ☐Asbestos/Silica  ☐Other Product Liability   List Product: _____  ☐Other Injury or Damage: | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus—   Pre-indictment ☐Other: _____ | **Other Family Law** ☐Enforce Foreign   Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities   of Minority ☐Other: _____ | **Parent-Child Relationship** ☐Adoption/Adoption with   Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental   Rights ☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair   Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: _____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | *Probate/Wills/Intestate Administration* ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Adult ☐Guardianship—Minor ☐Mental Health ☐Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court ☐Arbitration-related ☐Attachment ☐Bill of Review ☐Certiorari ☐Class Action | ☐Declaratory Judgment ☐Garnishment ☐Interpleader ☐License ☐Mandamus ☐Post-judgment | ☐Prejudgment Remedy ☐Protective Order ☐Receiver ☐Sequestration ☐Temporary Restraining Order/Injunction ☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Rev 2/13

341st District Court

# CASE SUMMARY
## CASE NO. 2022CVA000938D3

| | | |
|---|---|---|
| JAIME DE LA CRUZ ,HERIBERTO DE LEON<br>VS.<br>WESTERN EXPRESS INC ,BRUTUS HUDSON | §<br>§<br>§<br>§ | Location: **341st District Court**<br>Judicial Officer: **Palomo, Beckie**<br>Filed on: **07/13/2022** |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **Injury or Damage - Motor Vehicle (DC)** |
| Subtype: | **Motor Vehicle Accident (DC)** |
| Case Flags: | **Jury Demand Filed** |

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number 2022CVA000938D3<br>Court 341st District Court<br>Date Assigned 07/13/2022<br>Judicial Officer Palomo, Beckie |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| Plaintiff | DE LA CRUZ , JAIME | COWEN, MICHAEL R.<br>*Retained*<br>210-941-1301(W) |
| | DE LEON , HERIBERTO | COWEN, MICHAEL R.<br>*Retained*<br>210-941-1301(W) |
| Defendant | HUDSON, BRUTUS | |
| | WESTERN EXPRESS INC | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/13/2022 | Civil Case Filed (OCA) | |
| 07/13/2022 | Original Petition<br>*PLAINTIFF'S ORIGINAL PETITION* | |
| 07/18/2022 | Calendar Call<br>*CALENDAR CALL FAXED TO ATTORNEY (EA)* | |
| 07/19/2022 | Citation-Issuance<br>*TWO CITATIONS ISSUED-PLACED IN THE PRIVATE SERVER BOX (EA)* | |
| 07/19/2022 | **Citation**<br>WESTERN EXPRESS INC<br>Unserved | |
| 07/19/2022 | Citation-Issuance<br>*THREE CITATIONS ISSUED-PLACED IN THE PRIVATE SERVER BOX (EA)* | |
| 07/19/2022 | **Citation**<br>HUDSON, BRUTUS<br>Unserved | |

A True copy of the original, I certify,
the 21st day of July , 2022
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County Texas
By: _____ Deputy

*Printed on 07/21/2022 at 10:04 AM*

341st District Court

# CASE SUMMARY
## CASE NO. 2022CVA000938D3

| 09/21/2022 | Calendar Call (9:00 AM)  (Judicial Officer: Palomo, Beckie ;Location: 341st District Court - 3rd Floor) | |
| --- | --- | --- |
| **DATE** | **FINANCIAL INFORMATION** | |

| | | |
| --- | --- | --- |
| **Plaintiff** DE LA CRUZ , JAIME | | |
| Total Charges | | 387.00 |
| Total Payments and Credits | | 387.00 |
| **Balance Due as of  7/21/2022** | | **0.00** |