IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAIME DE LA CRUZ and<br>HERIBERTO DE LEON<br><br>Plaintiffs<br><br>v.<br><br>WESTERN EXPRESS, INC. and<br>BRUTUS HUDSON<br><br>Defendants | § § § § § § § § § § § § | Cause No. 5:22-CV-80 |

## ORDER

On this day, the Court considered Defendant Brutus Hudson's Partial Rule 12(b)(6) Motion to Dismiss With Prejudice. After considering the Motion, the Court finds the Motion shall be **GRANTED**. The Court **ENTERS** the following **ORDERS**:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** Defendant Brutus Hudson's Partial Rule 12(b)(6) Motion to Dismiss With Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** Plaintiffs Jaime De La Cruz's and Heriberto De Leon's gross negligence claims against Defendant Brutus Hudson. are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

**SIGNED** this _____ day of _____, 2022.

_____
**PRESIDING JUDGE**